OSQUGAMA F. SWEZEY, Appellant, v MERRILL LYNCH, PIERCE, FENNER & SMITH INC., Respondent. PHILIPPINE NATIONAL BANK et al., Intervenors-Respondents.

Submitted December 5, 2011; decided January 17, 2012

Reported below, 87 AD3d 119.

Motion to enlarge the record denied.

---

MARIA SWEZEY, Appellant, v MONTAGUE REHAB & PAIN MANAGEMENT, P.C., et al., Defendants, and SHAMA RASOOL et al., Respondents.

Submitted November 21, 2011; decided January 17, 2012

Reported below, 84 AD3d 779.

Motion, insofar as it seeks leave to appeal from the Appellate Division order affirming Supreme Court's judgment dismissing the complaint, denied; motion, insofar as it seeks leave to appeal from the other Appellate Division orders, dismissed upon the ground that such orders do not finally determine the action within the meaning of the Constitution.

---

In the Matter of the Claim of WILLIAM B. TAYLOR, Appellant, v ROCHESTER CITY SCHOOL DISTRICT et al., Respondents. WORKERS' COMPENSATION BOARD, Respondent.

Submitted December 12, 2011; decided January 17, 2012

Reported below, 2011 NY Slip Op 75976(U).

Motion for reargument of motion for leave to appeal denied [see 17 NY3d 894 (2011)].